UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MICHAEL CUNNINGHAM,**

    Plaintiff,

v.

**PHIL SORRELLS, ET AL.,**

    Defendants.

No. 4:24-cv-0083-P

## ORDER OF DISMISSAL

By order signed January 25, 2024, the Court ordered that by February 20, 2024, Plaintiff, Michael Cunningham, must either pay the $405 filing and administrative fees or file a completed application to proceed *in forma pauperis* accompanied by certificate of inmate trust account. The order cautioned that failure to comply might result in the dismissal of Plaintiff's claims without further notice. FED. R. CIV. P. 41(b). To date, Plaintiff has failed to comply with the order. Moreover, he has not kept the Court apprised of his current address as required by LOCAL CIVIL RULE 83.13 of this Court, which is an additional reason for the dismissal of his claims. *Lewis v. Hardy*, 248 F. App'x 589, 593 n.1 (5th Cir. 2007). Accordingly, the complaint is **DISMISSED** without prejudice for want of prosecution.

    **SO ORDERED** on this **21st day** of **March 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE