UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MICHAEL CUNNINGHAM,**

   Plaintiff,

v.   No. 4:24-cv-0083-P

**PHIL SORRELLS, ET AL.,**

   Defendants.

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the claims of Plaintiff, Michael Cunningham, are **DISMISSED** without prejudice for want of prosecution.

**SO ORDERED** on this **21st day** of **March 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE